EHRLICH & CRAIG LLP
BENJAMIN MERCER-GOLDEN – CABN #339525
benjamin@ehrlich-craig.com
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorney for Defendant Harry Kevin Becker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>HARRY BECKER,<br><br>  Defendant. | Case Nos.: 22-CR-380-JD, 22-CR-393-JD<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE JULY 14, 2025**<br>**STATUS CONFERENCE TO AUGUST**<br>**11, 2025** |

The above matter, an alleged violation of the terms of Defendant Harry Becker's supervised release, is currently set for a status conference on Monday, July 14, 2025, at 10:30 a.m. Mr. Becker's probation officer, United States Probation Officer Grisel Gomez, is unavailable on that date, and the soonest available date thereafter for the parties and the Court is Monday, August 11, 2025. To allow Officer Gomez to be personally present at the next status conference and to offer the Court an accurate assessment of her supervision of Mr. Becker, the parties, the United States Government and Defendant Harry Becker, by and through their respective attorneys, request that the status conference in this matter be continued to Monday, August 11, 2025, at 10:30 a.m. Further, a short continuance in this matter will allow the parties and the United States Probation Office additional time to evaluate Mr. Becker's progress on supervised release and the prospects of a potential disposition of the matter.

In light of the above, the parties hereby agree and stipulate to request an order continuing the status conference currently set for Monday, July 14, 2025, at 10:30 a.m., to Monday, August

11, 2025, at 10:30 a.m.

IT IS SO STIPULATED.

DATED:   July 9, 2025            Respectfully submitted,

                                 */s/ Benjamin Mercer-Golden*
                                 Benjamin Mercer-Golden
                                 Counsel for Defendant
                                 HARRY KEVIN BECKER

DATED:   July 9, 2025             */s/ Jeffrey Bornstein*
                                 Jeffrey Bornstein
                                 Assistant United States Attorney

## [PROPOSED] ORDER

Based on the joint request of the parties, and for good cause shown, the Court HEREBY ORDERS that Defendant Harry Becker's status conference, currently set for Monday, July 14, 2025, at 10:30 a.m., be continued to Monday, August 11, 2025, at 10:30 a.m.

IT IS SO ORDERED.

Dated: 7/10/2025

                                 _____
                                 THE HONORABLE JAMES DONATO
                                 United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
*UNITED STATES V. HARRY BECKER,* 22-CR-380-JD, 22-CR-393-JD