AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| **v.** | ) |
| Harry Kevin Becker | ) USDC Case Number:  0971 3:22CR00393-001 JD |
| | 0971 3:22CR00380-001 JD |
| | ) BOP Case Number:  DCAN322CR00393-001 |
| | ) USM Number:  57268-097 |
| | ) Defendant's Attorney:  Cody Gray |

**THE DEFENDANT:**

☑ admitted to Charge(s): <u>One, Two, Three, Four, Five, Seven, Eight, Nine, Ten, Eleven and Twelve</u> of the Amended Petition for Warrant filed on <u>January 20, 2026</u>.

☐ was found in violation of Charge(s): _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Not commit another federal, state, or local crime | October 29, 2023 |
| Two | Not commit another federal, state, or local crime | November 2, 2024 |
| Three | Not commit another federal, state, or local crime | November 17, 2023 |
| Four | Not commit another federal, state, or local crime | December 1, 2023 |
| Five | Not commit another federal, state, or local crime | May 4, 2024 |
| Seven | Follow the instructions of the probation officer | June 11, 2024 |
| Eight | Participate in an inpatient treatment program | November 6, 2024 |
| Nine | Abstain from alcohol | March 31, 2025 |
| Ten | Participate in an inpatient treatment program | February 24, 2025 |
| Eleven | Refrain from any unlawful use of a controlled substance | April 28, 2025 |
| Twelve | Not commit another federal, state, or local crime | January 11, 2026 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ Charge <u>Six</u> is dismissed on motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: <u>5192</u>

Defendant's Year of Birth: <u>1970</u>

City and State of Defendant's Residence:
<u>San Francisco, California</u>

5/18/2026
Date of Imposition of Judgment

Signature of Judge
The Honorable James Donato
United States District Judge
Name & Title of Judge

6/3/2026
Date Signed

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

DEFENDANT:  Harry Kevin Becker                                                                        Judgment - Page 2 of 2
CASE NUMBER:  CR-22-00393-001 and CR-22-00380-001 JD

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
     14 months custody with no TSR to follow

☐     The Court makes the following recommendations to the Bureau of Prisons:

☑     The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.
      Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in
      the Clerk's Office.

☐     The defendant shall surrender to the United States Marshal for this district:

      ☐     at _____   ☐ am   ☐ pm   on _____ (no later than 2:00 pm).

      ☐     as notified by the United States Marshal.

      The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be
      returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ☐     at _____   ☐ am   ☐ pm   on _____ (no later than 2:00 pm).

      ☐     as notified by the United States Marshal.

      ☐     as notified by the Probation or Pretrial Services Office.

      The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be
      returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

## RETURN

I have executed this judgment as follows:



Defendant delivered on _____ to _____ at

_____ , with a certified copy of this judgment.


                                                              _____
                                                                          UNITED STATES MARSHAL

                                            By     _____
                                                              DEPUTY UNITED STATES MARSHAL